JENNIFER CANGRO, Appellant, v PARK SOUTH TOWERS ASSOCIATES et al., Respondents.

Submitted October 1, 2012; decided November 27, 2012

On the Court's own motion, appeal dismissed, without costs, upon the ground that the orders appealed from do not finally determine the action within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.

In the Matter of the Claim of TUHIN S. DUTTA, Appellant. COMMISSIONER OF LABOR, Respondent.

Submitted September 17, 2012; decided November 27, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

RICHARD GEORGE, Appellant, v YOMA DEVELOPMENT GROUP, INC., et al., Defendants, and JENNIFER E. LOZANA LUNA et al., Respondents.

Submitted October 1, 2012; decided November 27, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.